NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000524
28-NOV-2018
08:00 AM

NOS. CAAP-15-00000524 AND CAAP-16-0000787


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CAAP-15-0000524
STATE OF HAWAI'I, Plaintiff-Appellee, v.
JESSICA L. HINEBAUGH, Defendant-Appellant, and
MICHAEL A. AYALA, Defendant-Appellee

and

CAAP-16-0000787
STATE OF HAWAI'I, Plaintiff-Appellee, v.
JESSICA L. HINEBAUGH, Defendant-Appellee, and
MICHAEL A. AYALA, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 13-1-1529)


ORDER OF CORRECTION
(By:  Fujise, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on October 30, 2018 (docket no. 77) in the above case is corrected as follows:

The Conclusion heading, "VI. CONCLUSION" on page 14 is incorrect, the correct heading should be "CONCLUSION."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, November 28, 2018.

FOR THE COURT:

Associate Judge

---

[1]     Fujise, Presiding Judge, Reifurth and Chan, JJ.